```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ALEXANDER BAKER et al.,                                              :
                                                                     :
                          Plaintiffs,                                :
                                                                     :      21-CV-11126 (JMF)
          -v-                                                        :
                                                                     :            ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,                              :
AND PUBLISHERS et al.,                                               :
                                                                     :
                          Defendants.                                :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Defendants shall, no later than **February 15, 2022**, file a joint letter not to exceed five pages, regarding reassignment of this case to Judge Louis L. Stanton.

- Plaintiffs shall file any response no later than **February 18, 2022**.

- No later than one week following a decision regarding reassignment, the parties shall file a joint letter with a proposed briefing structure and schedule for Defendants' motion(s) to dismiss.

SO ORDERED.

Dated: February 8, 2022
       New York, New York

                                                    _____
                                                            JESSE M. FURMAN
                                                        United States District Judge