UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ALEXANDER BAKER et al.,                                          :
:
                          Plaintiffs,                  :
:       21-CV-11126 (JMF)
       -v-                                                     :
:             ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS et al.,                                           :
:
                          Defendants.                  :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Having conferred with Judge Stanton, the Court concludes that Count One should be severed and reassigned to him; the remaining counts will remain with the undersigned. Per the Court's February 8, 2022 Order, *see* ECF No. 58, **no later than one week from the date of this Order**, the parties shall file a joint letter with a proposed briefing structure and schedule for Defendants' motion(s) to dismiss. Additionally, Defendants shall file any opposition to Plaintiffs' Rule 60(b) motion, *see* ECF No. 61, no later than **March 11, 2022**, and Plaintiffs shall file any reply no later than **March 18, 2022**.

       The Clerk of Court is directed to open a new civil case for purposes of Count One and to reassign it to Judge Stanton as related to No. 64-CV-3787 (LLS). *See* 28 U.S.C. § 137(b)(2) ("[A]pplication[s] for the construction of any provision of [an] applicable consent decree . . . shall be referred to the judge to whom continuing jurisdiction over the applicable consent decree is currently assigned.").

       SO ORDERED.

Dated: February 25, 2022
       New York, New York                        _____
                                                             JESSE M. FURMAN
                                                          United States District Judge