UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALEXANDER BAKER et al.,                                           :
                            Plaintiffs,              :
                                                 :      21-CV-11126 (JMF)
          -v-                                                      :
                                                 :      ORDER OF PARTIAL
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,    :         DISMISSAL
AND PUBLISHERS et al.,                                            :
                            Defendants.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On July 20, 2022, the Court denied Plaintiffs' motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure based in part on the fact that counsel for Plaintiffs had not been admitted to the Bar of this Court. *See* ECF No. 72. In light of that fact, the Court gave Plaintiffs until August 22, 2022, to obtain counsel admitted to the Bar of this Court. The Court cautioned that, absent such counsel, Plaintiff Alexander C. Baker would "be deemed to be proceeding *pro se*" and that the claims of Adam Bravery LLC would "be dismissed for failure to prosecute." *Id.* at 3 (citing *Max Impact, LLC v. Sherwood Grp., Inc.*, No. 09-CV-0902 (JGK), 2013 WL 4451301, at *1 (S.D.N.Y. Aug. 19, 2013); and *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007)). To date, Plaintiffs have not obtained counsel admitted to the Bar of this Court.

       Accordingly, Baker is deemed to be proceeding *pro se* and the claims of Adam Bravery LLC are dismissed. Additionally, the stay is lifted. The parties are reminded that, no later than August 29, 2022, they shall propose a briefing structure and schedule for Defendants' anticipated motions to dismiss. *See id.* at 3; *see also* ECF No. 65.

       The Clerk of Court is directed to (1) terminate Adam Bravery LLC as a party; (2) modify the docket to reflect that Alexander C. Baker is proceeding *pro se*; and (3) lift the stay in this

case.  No later than **August 25, 2022**, Defendants shall mail a copy of this Order to Plaintiff Baker and file proof of such service, including Baker's address, on ECF.

    SO ORDERED.

Dated: August 24, 2022
       New York, New York

                                        JESSE M. FURMAN
                                     United States District Judge