UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALEXANDER BAKER, et al.,                                          :
                                                                  :
                            Plaintiffs,                           :
                                                                  :  21-CV-11126 (JMF)
            -v-                                                   :
                                                                  :  ORDER
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,                           :
AND PUBLISHERS, et al.,                                           :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 5, 2023, the Court issued a Memorandum Opinion and Order noting that there were defects with respect to its subject-matter jurisdiction. *See* ECF No. 85. The Court ordered Plaintiff to file a supplemental declaration to correct the jurisdictional defects within three weeks and expressly warned that, if Plaintiff did not file anything, the Court would dismiss the case. *Id.* at 4. The Court later extended Plaintiff's deadline to May 25, 2023. ECF No. 86. To date, however, Plaintiff has not filed anything or communicated with the Court in any way.

Accordingly, this case is DISMISSED without prejudice for lack of subject-matter jurisdiction. Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: June 2, 2023                         _____
       New York, New York                          JESSE M. FURMAN
                                                 United States District Judge